# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BELYEA, BRUCE BELYEA, LUCILLE BOTELHO, WAYNE BOTELHO, and CHARDON MAHAN on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING, LLP,<br><br>   Defendant. | Civil Action No. 10-10931-GAO |

## DEFENDANT LITTON LOAN SERVICING LP'S
## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Litton Loan Servicing LP ("Litton"),[1] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the First Amended Class Action Complaint filed against it by Plaintiffs Carol Belyea, Bruce Belyea, Lucille Botelho, Wayne Botelho, and Chardon Mahan (collectively "Plaintiffs"). Because Plaintiffs have failed to state a plausible cause of action upon which relief can be granted, the Court should dismiss Plaintiffs' First Amended Complaint in its entirety with prejudice. In support of this Motion, Litton relies upon the accompanying memorandum of law and the exhibits attached to the Declaration of Brian M. Forbes.

Litton respectfully requests a hearing on this Motion.

**WHEREFORE**, Litton respectfully requests that the Court: (1) grant its motion to dismiss; (2) dismiss Plaintiffs' First Amended Class Action Complaint in its entirety with prejudice; and (3) grant such other relief as the Court deems just and appropriate.

---

[1] Litton Loan Servicing LP is incorrectly named in the caption as "Litton Loan Servicing LLP." Litton is a limited partnership, not a limited liability partnership.

Dated:  October 15, 2010

Respectfully submitted,

LITTON LOAN SERVICING LP,

By its attorneys,

/s/ Brian M. Forbes
R. Bruce Allensworth (BBO # 015820)
bruce.allensworth@klgates.com
Brian M. Forbes (BBO #644787)
brian.m.forbes@klgates.com
Robert W. Sparkes, III (BBO #663626)
robert.sparkes@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Phone: (617) 261-3100
Fax:    (617) 261-3175

*Counsel for Defendant*
Litton Loan Servicing LP


### **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Litton respectfully requests oral argument on this motion.


### **LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned hereby certifies that counsel for Defendant Litton Loan Servicing LP has conferred with counsel for Plaintiffs regarding the issues presented by this motion, have attempted in good faith to resolve or narrow the issues, but have been unable to reach agreement on the issues raised by this motion.

/s/ Brian M. Forbes
Brian M. Forbes

- 3 -

**CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 15, 2010. The attorneys of record who will receive electronic notice of this filing are:

Gary Klein
Shennan Kavanagh
Kevin Costello
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Tel:  (617) 357-5500
Fax: (617) 357-5030

Stuart Rossman
Charles Delbaum
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel:  (617) 542-9595
Fax: (617) 542-8010

Michael Raabe
NEIGHBORHOOD LEGAL SERVICES
170 Common Street, Suite 300
Lawrence, MA  01840
Tel:  (978) 686-6900
Fax: (978) 685-2933

                                /s/ Brian M. Forbes
                                Brian M. Forbes