UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CAROL BELYEA**

v.                                                   **CIVIL ACTION NO. 10-10931-DJC**

**LITTON LOAN SERVICING, LLP**

### SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty five (45) days, to reopen the action if settlement is not consummated.

June 20, 2012

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk